FILED'09 NOV 02 13:28USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUSTIN L. FLOYD,

    Petitioner,

v.

GUY HALL,

    Respondent.

Civil No. 07-1665-PK

O R D E R

HAGGERTY, District Judge:

    Magistrate Judge Papak has issued a Findings and Recommendation [29] in this action. The Magistrate Judge recommended that the Amended Petition for Writ of Habeas Corpus [5] should be denied, and Judgment should be entered dismissing this action with prejudice. No objections were filed, and the case was referred to this court.

1 - ORDER

The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Magistrate Judge's Findings and Recommendation [29] is adopted. The Amended Petition for Writ of Habeas Corpus [5] is denied, and Judgment will be entered dismissing this action with prejudice.

IT IS SO ORDERED.

Dated this 2 day of November, 2009.

Ancer L. Haggerty
United States District Judge